UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY and ROBERT JIMISON,

                      Plaintiffs,

    v.

DEPARTMENT OF THE TREASURY,

                      Defendant.

No. 1:26-cv-02133

---

**STATEMENT PURSUANT TO FRCP RULE 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, NY
         March 16, 2026

Respectfully submitted,

*/s/ David E. McCraw*
David E. McCraw
Al-Amyn Sumar
Jackson Busch
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Email: mccrad@nytimes.com
       al-amyn.sumar@nytimes.com
       jackson.busch@nytimes.com

*Counsel for Plaintiffs*