

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 22, 2026

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *The New York Times Company et al. v. Department of the Treasury*
           No. 26 Civ. 2133 (ER)

Dear Judge Ramos:

    This Office represents the United States of America in this Freedom of Information Act case. I write respectfully, and with the consent of the plaintiffs, to request an adjournment of the initial court conference in this case from June 10, 2026, to June 16, 2026, or June 17, 2026, or to another date that is convenient to the Court. I make this request because of a deposition scheduled for June 10, 2026 in a *qui tam* action that I am scheduled to attend that required the coordination of the relator's counsel, the defendants and the government. This deposition was scheduled prior to the Court's issuance of the notice of initial conference. I thank the Court for its consideration of this request, and I apologize for any inconvenience.

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney for the
           Southern District of New York

    By: /s/ Lawrence H. Fogelman
        LAWRENCE H. FOGELMAN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Telephone: (212) 637-2719
        Email: lawrence.fogelman@usdoj.gov

cc: Counsel of Record (by ECF)