UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY *and* ROBERT JIMISON,

Plaintiffs,

– against –

DEPARTMENT OF THE TREASURY *and* DEPARTMENT OF STATE,

Defendants.

**ORDER**

26 Civ. 2133 (ER)

Ramos, D.J.:

On March 16, 2026, The New York Times Company and Robert Jimison filed a Complaint against the Department of the Treasury and Department of State (collectively, "Defendants"), seeking an order for the production of agency records from Defendants in response to a request made by The New York Times Company pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(6)(A)(i). Doc. 1. On April 20, 2026, the Department of the Treasury answered the Complaint. Doc. 8. On August 11, 2026, Plaintiffs filed an Amended Complaint. Doc. 12. On September 30, 2026, both Defendants answered the Amended Complaint. Doc. 24.

The parties are therefore instructed to submit a status report by no later than October 29, 2026.

It is SO ORDERED.

Dated: October 22, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.